# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0059

_____

R.E.P. and D.M.S.,

    Appellants,

    v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES and
WILTON SIMPSON,

    Appellees.

_____

On appeal from the Division of Administrative Hearings.
James H. Peterson, III, Administrative Law Judge.

January 29, 2025

PER CURIAM.

AFFIRMED. *See Pretzer v. Swearingen*, 394 So. 3d 175, 192 (Fla. 1st DCA 2024) ("Because the relief authorized by section 790.33(3)(f)1. *is* the remedy in this case, Pretzer could bring an action under section 790.33(3)(f) in circuit court without exhausting any administrative remedies." (Emphasis in original)).

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eric J. Friday of Kingry & Friday, PLLC, Jacksonville, for Appellants.

Daniel E. Nordby and Denise M. Harle of Shutts & Bowen LLP, Tallahassee, for Appellees.